Decision Per Curiam.

H. H. Ashman, Appellant, vs. S. S. Wilkinson as Executor of the last will of James S. Nason, deceased, Appellee.

### IN BANC.

Appeal from Circuit Court, Orange county; Barron Phillips, Judge.

*R. G. Robinson,* for Appellant.

*L. G. Starbuck,* for Appellee.

The bill in this cause was filed by the appellee against the appellant. There was decree for the complainant, and the defendant appeals. The decree is affirmed.